UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DEION MICHAEL THOMPSON, | ) | CASE NO. EDCV 09-1492-PSG (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| KELLY HARRINGTON, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     8/4/11          .

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\EDCV09-1492 Judgment.wpd